# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF MISSOURI
# WESTERN DIVISION

| | |
|---|---|
| Genesis Systems, LLC, | ) |
| Plaintiff, | ) Case No. 4:19-CV-00568 |
| v. | ) |
| Xytel, Inc., | ) |
| Defendant. | ) |

## CLERK'S ORDER OF DISMISSAL

On the 24TH day of September, 2019, the parties herein having filed a Stipulation of Dismissal With Prejudice pursuant to Rule 41(a)(1)(A)(ii), Federal Rules of Civil Procedure,

IT IS ORDERED that plaintiff's complaint is hereby dismissed with prejudice. Each party to bear its own costs.

AT THE DIRECTION OF THE COURT

Paige Wymore-Wynn, Clerk of Court
**/s/ Kelly McIlvain**
Deputy Clerk

Date: September 26, 2019